**Kathaleen BURNETT, Appellant,**

v.

**NAGL MANUFACTURING, COMPANY, Norm Fredrickson; June Jones; Richard Keeten, Appellees.**

No. 06–2570.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 28, 2007.

Filed: Sept. 4, 2007.

Kathaleen Burnett, Omaha, NE, for Appellant.

Andrew Stevenson Bogue, II, Jennifer Deitloff, McGrath & North, Omaha, NE, for Appellees.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Kathaleen Burnett appeals the district court's [1] adverse grant of summary judgment in her employment-discrimination action against her former employer, Nagl Manufacturing Company and others. Having carefully reviewed the record and considered Burnett's arguments, we conclude that the district court properly granted summary judgment and that there is no basis for reversal. *See Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny Burnett's pending motions.

---

1. The Honorable F.A. Gossett, III, United States Magistrate Judge for the District of Nebraska, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).